IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 26-60-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| WYNTON R. MAGEE, | |
| Defendant. | |

Defendant Wynton R. Magee has filed an unopposed motion to vacate the detention hearing set for 1:30 p.m. on April 20, 2026. (Doc. 11). Accordingly, and good cause appearing,

IT IS ORDERED that the detention hearing set for April 20, 2026 is VACATED.

DATED this 20th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge