**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WYNTON R. MAGEE,<br><br>Defendant. | CR 26-26-M-WWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 34) pursuant to Federal Rule of Criminal Procedure 32.2(b)(2). Defendant Magee has been adjudged guilty as charged to Count 2 in the Indictment of possession with intent to distribute fentanyl in violation of 21 U.S.C. § 841(a)(1), and as charged to Count 3 in the Indictment of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i), and has admitted to its forfeiture allegation. Defendant's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2), and 811(a)(11) and 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Wynton R. Magee's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2) and 811(a)(11) and 18 U.S.C. § 924(d):

- Sig Sauer P365 9mm handgun 9mm, serial number 66A269555;
- Any associated firearms accessories and ammunition;
- Pink iPhone in black case;
- Blue Motorola 50 MP Quad pixel no case; and
- Blue Motorola with extremely cracked screen.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(l)

and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 14th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE